UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN M. KNIGHT and
ANSHUMAN CHANDRA,

                      Plaintiffs,

          -v-

STANDARD CHARTERED BANK, et al.

                      Defendants.

19 Civ. 11739 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On May 1, 2020, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 13. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

    Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint in response to the motion to dismiss by May 22, 2020. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by June 12, 2020, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

    It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by May 22, 2020. Defendants' reply, if any, shall be served by May 29, 2020. At the time any reply is served, the moving party shall supply the Court with an electronic courtesy copy of all motion papers, as PDF files, by emailing them to: engelmayernysdchambers@nysd.uscourts.gov

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

2

SO ORDERED.

                                                          _____
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: May 5, 2020
          New York, New York