# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JULIAN M. KNIGHT and ANSHUMAN CHANDRA,

                Plaintiffs,

-against-                                      19 **CIVIL** 11739 (PAE)

# **JUDGMENT**

STANDARD CHARTERED BANK, STANDARD
CHARTERED BANK, DUBAI, and STANDARD
CHARTERED BANK, NEW YORK,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2021, defendants' motion to dismiss is granted. Plaintiffs' claims under the FCA are dismissed, without prejudice, for lack of personal jurisdiction. The Court has declined to exercise supplemental jurisdiction over plaintiffs' state-law claims, and those are dismissed, without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      March 31, 2021

                                                         **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                           **BY:**          *K. Mango*

                                                         **Deputy Clerk**